CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ADAM BROOKS,

       Plaintiff,

vs.

CITY OF HENDERSON;
CHIEF JAMES WHITE, individually
and in his capacity as Interim Chief of
the Henderson Police Department;
OFFICER JOSEPH W. EBERT,
individually; DOES 1 through 10,
inclusive,

       Defendants.
_____/

Case No: 2:14-cv-374-GMN-GWF

**STIPULATION AND ORDER TO STAY DISCOVERY PENDING COURT**

**RULING ON MOTION TO DISMISS**

      COMES NOW, the Plaintiff, ADAM BROOKS, by and through their counsel, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ. of POTTER LAW OFFICES; and Defendants, CITY OF HENDERSON, CHIEF JAMES WHITE, and OFFICER JOSEPH W. EBERT (collectively "Defendants"), by and through their counsel NANCY D. SAVAGE, ESQ. of the HENDERSON CITY ATTORNEY'S OFFICE and hereby submit this Stipulation and Order to Stay Discovery Pending Court Ruling on the Motion to Dismiss [docs. 17].

1  WHEREAS the Defendants filed a Motion to Dismiss [doc. 8] on July 10, 2014, which
2  was opposed [doc. 18] on July 28, 2014, and replied [doc. 19] to on August 7, 2014;
3  WHEREAS, according to the Court's Order [doc. 20] the parties must file a Discovery
4  Plan and Proposed Scheduling Order on or before October 6, 2014;
5  WHEREAS, the parties conducted a Fed. R. Civ. P. 26(f) conference on October 3, 2014;
6  WHEREAS the Court has not ruled on the pending Motion;
7  The undersigned, CAL J. POTTER, III, ESQ., counsel for Plaintiff and NANCY D.
8  SAVAGE, ESQ., counsel for Defendants, hereby stipulate and agree to stay all discovery and the
9  filing of a Discovery Plan and Proposed Scheduling Order until the Court rules on the pending
10 Motion to Dismiss, should the case remain active.
11 This request is not made for the purposes of delay, but to avoid having to engage in costly
12 discovery in a matter that may ultimately be dismissed by the Court.  The purpose of Federal
13 Rule of Civil Procedure 12(b)(6) is to enable defendants to challenge the legal sufficiency of a
14 complaint without subjecting themselves to discovery. Rutman Wine Co. v. E & J Gallo Winery,
15 829 F.2d 729, 738 (9th Cir. 1987).

APPROVED AS TO FORM AND CONTENT.

DATED this 3rd day of October, 2014.                    DATED this 6th day of October, 2014.

POTTER LAW OFFICES                                      CITY OF HENDERSON

By    /s/ Cal J. Potter, III, Esq.                      By    /s/ Nancy D. Savage, Esq.
CAL J. POTTER, III, ESQ.                                NANCY D. SAVAGE, ESQ.
Nevada Bar No. 1988                                     Nevada Bar No. 392
C. J. POTTER, IV, ESQ.                                  240 Water Street
Nevada Bar No. 13225                                    Las Vegas, Nevada 89101
1125 Shadow Lane                                        *Attorney for Defendants*
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____                  _____
DATED                            UNITED STATES MAGISTRATE JUDGE