**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADAM BROOKS. )<br>      Plaintiff, )<br>vs. )<br>CITY OF HENDERSON, *et al.*, )<br>      Defendants. ) | Case No. 2:14-cv-00374-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' proposed Stipulation and Order to Stay Discovery Pending Court Ruling on Motion to Dismiss (#21). For the reasons stated below, the Court denies the stipulation, without prejudice.

The filing of a dispositive motion does not automatically entitle the parties to a stay of discovery. Generally, the court may stay discovery pending a decision on the motion if, having reviewed the motion, it is convinced that the plaintiff is unable to state a claim upon which relief may be granted. The court may also stay discovery if the motion asserts a claim of qualified immunity which, if sustained, immunizes the defendant from suit. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 600-601 (D.Nev. 2011). The parties' stipulation does not set forth grounds that would support a stay under these provisions. The parties may resubmit their stipulation if they include therein valid grounds for staying discovery, in whole or in part, pending a decision on the motion. Accordingly,

. . .

. . .

. . .

1     **IT IS HEREBY ORDERED** that the parties' proposed Stipulation and Order to Stay Discovery Pending Court Ruling on Motion to Dismiss (#21) is **denied**, without prejudice.

    DATED this 7th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge