UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM BROOKS. ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-00374-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CITY OF HENDERSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Court granted a stay of all discovery and the filing of the Discovery Plan and Scheduling Order pending the ruling on Defendants' Motion to Dismiss (#24) on October 21, 2014. Defendants' Motion to Dismiss (#17) was decided on March 17, 2015. To date, the parties have not filed the proposed Discovery Plan and Scheduling Order. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **July 24, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 15th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge