CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ADAM BROOKS,

       Plaintiff,

vs.

CITY OF HENDERSON;
CHIEF JAMES WHITE, individually
and in his capacity as Interim Chief of
the Henderson Police Department;
OFFICER JOSEPH W. EBERT,
individually; DOES 1 through 10,
inclusive,

       Defendants.
_____/

Case No: 2:14-cv-374-GMN-GWF

**DISCOVERY PLAN AND SCHEDULING ORDER**

**[Special Scheduling Review Requested - Sec. 4(j)]**

COMES NOW, the Plaintiff, ADAM BROOKS, by and through their counsel, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ. of POTTER LAW OFFICES; and Defendants, CITY OF HENDERSON, CHIEF JAMES WHITE, and OFFICER JOSEPH W. EBERT (collectively "Defendants"), by and through their counsel NANCY D. SAVAGE, ESQ. of the HENDERSON CITY ATTORNEY'S OFFICE and hereby submit this Discovery Plan and Scheduling Order:

1    The Defendants first appeared on July 10, 2014 by filing an Motion to Dismiss [ECF 17].
2  The parties stayed discovery pending the Court's decision on the Motion to Dismiss [ECF 24].
3  On March 17, 2015 the Court granted-in part and denied-in part Defendants' Motion to Dismiss
4  [ECF 25].  The Plaintiff chose not to amend his complaint and the Defendants filed an Answer
5  on May 11, 2015 [ECF 26].

6    **1. Meeting.**   Pursuant to FRCP 26(f) and LR 26-1(a), a meeting was conducted
7    telephonically on May 28, 2015; C. J. Potter, IV, Esq. attended for Plaintiff and Nancy D.
8    Savage, Esq. attended for Defendants.

9    **2. Pre-Discovery Disclosures.**   Plaintiff and Defendants will submit their initial
10   disclosures in a timely manner.

11   **3. Discovery Plan.**  The parties jointly propose to the Court the following discovery
12   plan:

13       (a) Subject of Discovery.   Discovery will be needed on the following subjects:
14       All claims set forth in Plaintiffs' Complaint, as well as the defenses relevant to the
15       action.

16       (b) Discovery Cut-Off Date(s):    Discovery will take 181 days, measured
17       from, May 28, 2015.  All discovery must be commenced in time to be completed
18       by *Tuesday, November 24, 2015* (See, section 4(j) below).

19       (c) FRCP 26(a)(2) Disclosures (Experts).    Disclosure of experts shall proceed
20       as follows:  Plaintiffs and Defendants shall disclose their experts to each other at
21       least sixty (60) days before the discovery cut-off date, by *Friday, September 25,*
22       *2015*. Plaintiffs and Defendants shall disclose their rebuttal experts at least thirty
23       (30) days after the initial date for disclosure of experts by *Monday, October 26,*
24       *2015,* which is thirty-one (31) days after initial expert disclosure.  Further each
25       party agrees to make their experts available for deposition, and facilitate same,
26       prior to discovery cut-off.

27   . . .
28   . . .

**4. Other Items.**

    (a) <u>Interim Status Reports</u>.   The parties shall file an interim status report no later than *Friday, September 25, 2015*.  The undersigned counsel certify that they have read LR 26-3 and that this date is not later than sixty (60) days before the discovery cut-off date requested.

    (b) <u>Interrogatories and Depositions.</u>  The parties agree to the customary total number of interrogatories of 25 per party; the parties may agree to more interrogatories by mutual agreement or application to the Court.  The parties also agree to no more than ten (10) depositions by Plaintiffs and no more than ten (10) depositions by Defendants as provided in Rule 30(a)(2)(A)(i).  However, the parties may agree to more depositions by mutual agreement or application to Court.

    (c) <u>Amending the Pleadings and Adding Parties</u>.    The parties have until *Wednesday, August 26, 2015* to file any motions to amend the pleadings or to add parties.  This is ninety (90) days prior to the discovery cut-off date.

    (d) <u>Settlement</u>.    The parties agree to confer prior to expert depositions to discuss settlement options regarding any and all parties, including any new parties.

    (e) <u>Court Conference</u>.    The parties do not request a conference with the Court before entry of the scheduling order.

    (f) <u>Later Appearing Parties</u>.   A copy of this discovery plan and scheduling order shall be served on any person served after it is entered, or, if additional defendants should appear, within five (5) days of their first appearance.  This discovery plan and scheduling order shall apply to such later-appearing parties, unless the Court, on motion and for good cause shown, orders otherwise.

    (g) <u>Dispositive Motions</u>.    The parties shall have until *Thursday, December 24, 2015* to file dispositive motions.  This is thirty (30) days after the discovery cut-off date and does not exceed the outside limit of thirty (30) days following the

discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

(h) <u>Pretrial Order</u>.    The pretrial order shall be filed by *Friday, January 22, 2016*, which is twenty-nine (29) days, after the date set for filing dispositive motions in the case.  This date is suspended if the dispositive motions are timely filed. In such a case, the pretrial order shall be filed thirty (30) days after the Court files an Order on any dispositive motions.  The disclosures required by FRCP 26(a)(3) shall be made in the joint pretrial order.

(i) <u>Extension of Any Date or Modification of the Discovery Plan and Scheduling Order</u>.  LR 26-4 governs modifications or extensions of this discovery plan and scheduling order.  Any stipulation or motion to extend a deadline set forth in the discovery plan shall be received by the Court not later than twenty-one (21) days before the subject deadline.

(j) <u>Special Scheduling Review Requested.</u>  The parties conducted their FRCP 26(f) case conference on May 28, 2015, but inadvertently failed to submit a DPSO.  The Court issued an Order [ECF 28] requesting the filing of a DPSO and scheduling a discovery conference.  At the present, approximately 120 days have lapsed since the stay was lifted and approximately 60 days have lapsed since Defendants' Answer, but the parties have not begun engaging in discovery, as such, an initial extended period is necessary for the parties to participate in discovery and prepare their cases for trial.  This special scheduling request is made in good faith and not for the purpose of delay.

. . .

. . .

. . .

| ACTIVITY | DATE |
|---|---|
| Amend Pleadings | Wednesday, August 26, 2015 |
| Interim Status Report | Friday, September 25, 2015 |
| Disclose Experts | Friday, September 25, 2015 |
| Rebuttal Experts | Monday, October 26, 2015 |
| **Discovery Cut-Off Date** | **Tuesday, November 24, 2015** |
| Dispositive Motions | Thursday, December 24, 2015 |
| Pretrial Order | Friday, January 22, 2016 |

APPROVED AS TO FORM AND CONTENT.

DATED this 21st day of July, 2015.         DATED this 23rd day of July, 2015.

POTTER LAW OFFICES                          CITY OF HENDERSON

By   /s/ C. J. Potter, IV, Esq.             By   /s/ Nancy D. Savage, Esq.
CAL J. POTTER, III, ESQ.                    NANCY D. SAVAGE, ESQ.
Nevada Bar No. 1988                         Nevada Bar No. 392
C. J. POTTER, IV, ESQ.                      240 Water Street
Nevada Bar No. 13225                        Las Vegas, Nevada 89101
1125 Shadow Lane                            *Attorney for Defendants*
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*


## **ORDER**

IT IS SO ORDERED.

_____          _____
DATED                           UNITED STATES MAGISTRATE JUDGE