# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ADAM BROOKS.

   Plaintiff,

vs.

CITY OF HENDERSON, *et al.*,

   Defendants.

Case No. 2:14-cv-00374-GMN-GWF

**<u>ORDER</u>**

  This matter is before the Court on the parties' Stipulation and Order to Extend Discovery and Other Deadlines (First Request) (#31) filed September 3, 2015, wherein the parties request a 120 day extension. Upon review and consideration, the Court will grant a 60 day extension as follows:

  **IT IS HEREBY ORDERED** the following discovery plan and scheduling order dates shall apply:

  1. Last date to complete discovery: **January 25, 2016**

  2. Last date to amend pleadings and add parties: **October 27, 2015**

  3. Last date to file interim status report: **November 25, 2015**

  4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **November 25, 2015**

  5. Last date to disclose rebuttal experts: **December 28, 2015**

. . .

. . .

. . .

6. Last date to file dispositive motions: **February 24, 2016**

7. Last date to file joint pretrial order: **March 28, 2016**

DATED this 4th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge