CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph:  (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ADAM BROOKS,

        Plaintiff,

vs.

CITY OF HENDERSON;
CHIEF JAMES WHITE, individually
and in his capacity as Interim Chief of
the Henderson Police Department;
OFFICER JOSEPH W. EBERT,
individually; DOES 1 through 10,
inclusive,

        Defendants.
_____/

Case No: 2:14-cv-374-GMN-GWF

**STIPULATION AND ORDER TO EXTEND DISCOVERY**

**(Second Request)**

    Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case for ninety (90) days, up to and including Tuesday, February 23, 2016.

    In addition, the parties request that rebuttal expert disclosures[1], dispositive motions and

---

[1] The parties recognize that they are requesting an extension of the expert disclosure deadline inside of the twenty-one (21) day period as set forth in LR 26-4. As such, the parties submit that excusable neglect exists to permit granting the instant requested extension. In evaluating excusable neglect, the court considers the following factors: (1) the reason for the delay and whether it was in the reasonable control of the moving party, (2) whether the moving party acted in good faith, (3) the length of the delay and its potential impact on the proceedings, and (4) the danger of

pretrial order be extended in accordance with the discovery extension as outlined herein. In support of this Stipulation and request, the parties state as follows:

**A.    DISCOVERY COMPLETED TO DATE**

The Plaintiff and Defendant Officer Joseph W. Ebert have exchanged their initial disclosures.

Plaintiff has propounded Interrogatories and Requests for Production on Defendants.

Defendants have disclosed and expert witness.

**B.    DISCOVERY REMAINING**

The following recitation of discovery to be completed is not intended to be limiting, but it is set forth to advise the Court of the current remaining discovery. The parties must conduct the following discovery:

- The outstanding written discovery must be answered.
- Party and third-party depositions.
- Expert and rebuttal expert depositions.
- Expert and rebuttal expert disclosures.
- The parties need to continue supplementing documents.

**C.    WHY SUCH REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of remaining discovery deadlines is appropriate.

The parties have been unable to schedule depositions necessary for expert reports because of conflicting schedules and the scheduling of depositions in older cases, which were also delayed due to scheduling difficulties. However, the parties are continuing to work on discovery together without Court intervention and/or motions to compel.

---

prejudice to the nonmoving party. *See*, Pioneer Inv. Servs. Co. v. Brunswick Assocs., 507 U.S. 380, 395 S. Ct. 1489, 123 L.Ed.2d 74 (1993). Twenty-one (21) days ago the parties believed they were on track for the expert disclosure deadline. However, in order for the experts to produce meaningful reports, additional discovery must be completed, specifically depositions, which the parties were unable to set due to conflicting schedules. This extension request is made in good faith, jointly by the parties, and not for the purposes of delay. Trial in this matter has not yet been set. Moreover, since this request is a joint request, neither party will be prejudiced.

1    This extension request is made in good faith, jointly by the parties, to allow the parties to conduct the discovery necessary in this matter. Trial in this matter has not yet been set and dispositive motions have not yet been filed. As such, this extension will not delay this case. Moreover, since this request is a joint request, neither party will be prejudiced. In fact, the extension will benefit the parties in allowing them to properly litigate their case.

**D.    CURRENT AND PROPOSED DISCOVERY DEADLINES**

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Interim Status Report | Wed., November 25, 2015 | Tuesday, February 23, 2016 |
| Disclose Experts | Wed., November 25, 2015 | Tuesday, February 23, 2016 |
| Rebuttal Experts | Monday, December 28, 2015 | Friday, March 25, 2016 |
| Discovery Cut-Off | Monday, January 25, 2016 | Friday, April 22, 2016 |
| Dispositive Motions | Wed., February 24, 2016 | Tuesday, May 24, 2016 |
| Pretrial Order | Monday, March 28, 2016 | Friday, June 24, 2016 |

This is the second request for extension of time in this matter. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension.

. . .

. . .

. . .

. . .

. . .

1 WHEREFORE, the parties respectfully request that this Court extend the discovery period as outlined in the table above.

APPROVED AS TO FORM AND CONTENT.

DATED this 25th day of November, 2015.        DATED this 30th day of November, 2015.

POTTER LAW OFFICES                              CITY OF HENDERSON

By  /s/ Cal J. Potter, III, Esq.                By  /s/ Nancy D. Savage, Esq.
CAL J. POTTER, III, ESQ.                        NANCY D. SAVAGE, ESQ.
Nevada Bar No. 1988                             Nevada Bar No. 392
C. J. POTTER, IV. ESQ.                          240 Water Street
Nevada Bar No. 13225                            Las Vegas, Nevada 89101
1125 Shadow Lane                                *Attorney for Defendant Officer Ebert*
Las Vegas, NV 89102
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

December 1, 2015                          _/s/ George Foley Jr._
DATED                                      GEORGE FOLEY, JR.
                                           United States Magistrate Judge