**JOSH M REID**
City Attorney
Nevada Bar No. 7497
**NANCY D. SAVAGE**
Assistant City Attorney
Nevada Bar No. 392
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
nancy.savage@cityofhenderson.com

Attorney for Defendant
OFFICER JOSEPH W. EBERT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADAM BROOKS,<br><br>                     Plaintiff,<br><br> v.<br><br>CITY OF HENDERSON; CHIEF JAMES WHITE, individually and in his capacity as Interim Chief of the Henderson Police Department; OFFICER JOSEPH W. EBERT, individually; DOES I through 10, inclusive,<br><br>                     Defendants. | CASE NO.: 2:14-CV-00374-GMN-GWF |

**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY**
**(FIRST REQUEST)**

COMES NOW, Plaintiff ADAM BROOKS, by and through his attorneys, Cal J. Potter, III, Esq., and C.J. Potter, IV, Esq., of the POTTER LAW OFFICES, and Defendant OFFICER JOSEPH W. EBERT, by and through his attorneys, Josh M. Reid, City Attorney and Nancy D. Savage, Assistant City Attorney for the CITY OF HENDERSON, pursuant to LR 6-1, and hereby, stipulate, agree and make joint application to extend the time for Plaintiff to file his Opposition to Defendant Officer Joseph W. Ebert's Motion for Summary

1

Judgment (ECF 39).  Plaintiff's Opposition is currently due on November 28, 2016.  The parties stipulate, agree and respectfully request an eleven (11) day extension up to and including December 9, 2016, for Plaintiff to file his Opposition.

It is further stipulated, agreed and respectfully requested that the time for Defendant Ebert to file his Reply in Support of his Motion for Summary Judgment be set and extended to be due on or before December 22, 2016.  The due date for Defendant Ebert's Reply to be filed will not change if the Plaintiff actually files his Reply earlier than December 9, 2016.

Good cause exists for the above extensions because counsel for Defendant Ebert is scheduled to be out of the country for a period of two weeks, commencing a couple of days before the date that Plaintiff's Opposition is currently due. The extension provides some additional time over the Thanksgiving holiday and extends during the time that Defendant's counsel will be gone.  If the Plaintiff filed his opposition on the current due date, the time for Defendant's Reply would expire before Defendant's counsel returned. The parties have agreed to slightly extend the time that Defendant's counsel would have to Reply after her return, to accommodate that which may arise while she is out of the country.

Based upon the foregoing, the parties request that this Court order the extension of time for the Plaintiff to file his Opposition to Defendant's Motion to for Summary Judgment (ECF 39), up to and including Friday, December 9, 2016, and set the deadline for Defendant to file his Reply as Thursday, December 22, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the first request for enlargement of time to file Plaintiff's Opposition to the Defendant's Motion for Summary Judgment, and to extend the time for Defendant to file his Reply. This request is made in good faith and not for the purposes of delay.

| POTTER LAW OFFICES | CITY OF HENDERSON |
| --- | --- |
|  | JOSH M. REID, City Attorney |
| /s/ *Cal J. Potter* | /s/ *Nancy D. Savage* |
| CAL J. POTTER, III, ESQ. | JOSH M. REID, ESQ. |
| Nevada Bar No. 1988 | City Attorney |
| C.J. POTTER IV., ESQ. | Nevada Bar No. 7497 |
| Nevada Bar No. 1988 | NANCY D. SAVAGE, ESQ. |
| 1125 Shadow Lane | Assistant City Attorney |
| Las Vegas, Nevada 89102 | Nevada Bar No. 392 |
| Attorneys for Plaintiff | 240 Water Street, MSC 144 |
|  | Henderson, Nevada 89009 |
|  | Attorney for Defendants |
| DATED: November 14, 2016 | DATED: November 15, 2016 |

### ORDER

IT IS SO ORDERED this ___17___ day of November, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE